Kenneth L. Collins
9/1/1967

This letter is to infor you that Kenneth Collins is currently incarsarated and has no paystubs of employment.

FILED

APR 1 0 2019

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

RECEIVED

APR 1 0 2019

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Racee White
for Kenneth Collins
4/10/2019