105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:  
KENNETH L COLLINS  
       DEBTOR

CASE NO:  19-31054-SGJ-13

Pre-Hearing:   08/15/2019  
Time:     8:30 am

## Motion to Dismiss Chapter 13 Case or in the Alternative Reduce Attorney Fees for Failure to Confirm and Notice of Hearing thereon

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

  Now comes Thomas D. Powers, Dallas and files this Motion pursuant to Section 1307 (c) of the Bankruptcy Code and Fed.Rules Bankr.Proc. 9014, 11 USCA and would respectfully show unto the Court as follows:

This case should be dismissed or in the alternative, attorney fees reduced for one or more of the following causes:

( X )    Failure to Obtain Confirmation.

( X )    Confirmation has been denied.

  Wherefore, your Trustee prays that after notice and hearing, this Chapter 13 case be dismissed or in the alternative reduce attorney fees, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

Thomas D. Powers, the Chapter 13 Trustee

By: /s/ Thomas D. Powers

Thomas D. Powers / State Bar No. 16218700
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

**Motion to Dismiss Chapter 13 Case or in the Alternative Reduce Attorney Fees for Failure to Confirm and Notice of Hearing thereon, Page 2**
Case # 19-31054-SGJ-13
KENNETH L COLLINS

---

### NOTICE OF HEARING

You are notified of the filing of the foregoing Motion of Trustee to Dismiss Chapter 13 case for the reason (s) therein stated.  A pre-hearing conference on the Trustee's Motion will be held on **08/15/2019 at 8:30 am** at <u>105 Decker Court, Suite 120, 1st Floor, Irving, TX 75062</u>.  Motions not resolved/defaulted at the pre-hearing conference will be held by the Court at 2:00 PM on the same day at 1100 Commerce Street, Fourteenth Floor, Dallas, Texas.  You do not have to attend the pre-hearing conference or hearing unless you oppose dismissal of the case.

### Certificate of Service

I hereby certify that a true copy of the foregoing Motion to Dismiss Chapter 13 Case and Notice of Hearing thereon was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail:

| | |
|---|---|
| Debtor: | Kenneth L Collins, 2767 Cedar Wood Dr, Frisco, Tx  75033 |
| Notice Creditor(s): | Esequiel Valerio, 7935 W Sahara Ave, Ste 201, Las Vegas, Nv  89117 |

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated:        7/2/2019              By:   /s/ Thomas D. Powers
                                          Thomas D. Powers