

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed December 3, 2019**

_____
United States Bankruptcy Judge

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **In Re:** | **Case #** 19-31054-SGJ-13 |
| KENNETH L COLLINS | |
| Debtor | |

### Order Discharging Standing Trustee and Terminating Further Liability on Bond

It appearing to the Court that Thomas D. Powers, Standing Chapter 13 Trustee in the above styled case pending under Chapter 13 of Title 11 of the United States Code, has filed a Final Report and Accounting showing that the estate in this case has been fully administered; that the Standing Trustee does not hold any funds to be paid or distributed in this case; that he should be discharged and further liability on the said Trustee's Bond with respect to this case be terminated; and that this case has previously been Dismissed.

IT IS THEREFORE ORDERED:

That Thomas D. Powers, Standing Chapter 13 Trustee in this case, is discharged; that he and the sureties on his Trustee's Bond are relieved from liability with respect to this case, except such liability as may have accrued heretofore; and that such Bond is cancelled.

# # # End of Order # # #

**Approved:**  Thomas D. Powers

Thomas D. Powers
Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0758  (Fax)